# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

ANGEL ANDRES GALAN BAEZ          CIVIL ACTION NO. 3:26-0151

VERSUS          JUDGE S. MAURICE HICKS, JR.

US IMMIGRATION & CUSTOMS          MAGISTRATE JUDGE HORNSBY
ENFORCEMENT, ET AL.

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Petitioner and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Petitioner Angel Andres Galan Baez's Petition for Writ of Habeas Corpus is **DISMISSED WITHOUT PREJUDICE** as moot.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, on this 30th day of June, 2026.

_____
**S. MAURICE HICKS, JR.**
**UNITED STATES DISTRICT JUDGE**